# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORNELIUS WILSON

NO. 2019 KW 1294

**NOV 25 2019**

---

In Re:    Cornelius Wilson, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 78849.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** This court's records show that relator was convicted in the Nineteenth Judicial District Court of felony offenses and sentenced to the Department of Public Safety and Corrections in docket number 10-12-0480. Habeas corpus deals with pre-conviction complaints concerning custody and is not the proper procedural device for postconviction relief. La. Code Crim. P. art. 351. Furthermore, habeas corpus is not available to contest the validity of the conviction or to have the sentence set aside; such claims are considered requests for postconviction relief and must be filed in the parish in which the petitioner was convicted. See La. Code Crim. P. art. 925; **Sinclair v. Kennedy,** 96-1510 (La. App. 1st Cir. 9/19/97), 701 So.2d 457, 460, <u>writ denied</u>, 97-2495 (La. 4/3/98), 717 So.2d 645.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT